P. SEND

1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,         )  ED 08-25-M-4
11                   Plaintiff,       )
                                      )
12       v.                           )  ORDER OF DETENTION AFTER HEARING
13  OMAR LOPEZ-PEREZ,                 )  (18 U.S.C. § 3142(i))
                                      )
14                   Defendant.       )
                                      )
15

16                                    I.

17   A. (X) On motion of the Government involving an alleged

18       1. ( ) crime of violence;

19       2. ( ) offense with maximum sentence of life imprisonment or death;

20       3. (X) narcotics or controlled substance offense with maximum sentence of ten or more years

21          (21 U.S.C. §§ 801,/951, et. seq..,/955a);

22       4. ( ) felony - defendant convicted of two or more prior offenses described above.

23   B. On motion ( ) (by the Government) / ( ) (by the Court sua sponte involving)

24       1. ( ) serious risk defendant will flee;

25       2. ( ) serious risk defendant will

26           a. ( ) obstruct or attempt to obstruct justice;

27           b. ( ) threaten, injure, or intimidate a prospective witness or juror or attempt to do so.

28   ///

---

ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))

CR - 94 (02/94)                                                              Page 1 of 3

II.

The Court finds no condition or combination of conditions will reasonably assure:

A. (X) appearance of defendant as required; and/or

B. (X) safety of any person or the community;

III.

The Court has considered:

A. (X) the nature and circumstances of the offense;

B. (X) the weight of evidence against the defendant;

C. (X) the history and characteristics of the defendant;

D. (X) the nature and seriousness of the danger to any person or to the community.

IV.

The Court concludes:

A. ( ) Defendant poses a risk to the safety of other persons or the community because:

_____
_____
_____
_____
_____
_____

B. ( ) History and characteristics indicate a serious risk that defendant will flee because:

_____
_____
_____
_____
_____
_____

C. ( ) A serious risk exists that defendant will:

    1. ( ) obstruct or attempt to obstruct justice;

2. ( )   threaten, injure or intimidate a witness/ juror; because:

_____

_____

_____

_____

_____

_____

D. (√) Defendant has not rebutted by sufficient evidence to the contrary the presumption provided in 18 U.S.C. § 3142 (e).

IT IS ORDERED that defendant be detained prior to trial.

IT IS FURTHER ORDERED that defendant be confined as far as practicable in a corrections facility separate from persons awaiting or serving sentences or person held pending appeal.

IT IS FURTHER ORDERED that defendant be afforded reasonable opportunity for private consultation with his counsel.

Dated: ~~1 OF~~ 1/22/08

John C. Rayburn, Jr., U.S. Magistrate Judge